SEYFARTH SHAW LLP
Carolyn A. Knox (SBN 181317)
E-mail:  cknox@seyfarth.com
Krista L. Mitzel (SBN 221002)
E-mail: kmitzel@seyfarth.com
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendants
LIFE INSURANCE COMPANY OF NORTH
AMERICA and GARDEN FRESH RESTAURANT
CORPORATION LONG TERM DISABILITY PLAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTAL ESTERAS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GARDEN FRESH RESTAURANT CORPORATION LONG TERM DISABILITY PLAN,<br><br>　　　　　Defendant. | Case No. 1:04-cv-06246-SMS<br><br>**STIPULATION AND ORDER OF DISMISSAL OF ACTION WITH PREJUDICE** |

Plaintiff, CRYSTAL ESTERAS, and Defendants LIFE INSURANCE COMPANY OF NORTH AMERICA ("LINA") and GARDEN FRESH RESTAURANT CORPORATION LONG TERM DISABILITY PLAN (the "Plan") (collectively "Defendants" unless otherwise noted) have reached a resolution of this matter.  The parties agree to dismiss this action in its entirety with prejudice, pursuant to Fed.R.Civ.P. 41(a).  Each party shall bear its own fees and costs.

The parties seek the Court's approval of dismissal of this action with prejudice through the order listed *infra*.

Stipulation and [Proposed] Order of Dismissal of Action with Prejudice/Case No. CV-F-04-6246-SMS

PDF created with pdfFactory trial version www.pdffactory.com

DATED: July __, 2005                THORNTON DAVIDSON & ASSOCIATES

By /s/ Thornton Davidson
Attorneys for Plaintiff
CRYSTAL ESTERAS

DATED: July __, 2005                SEYFARTH SHAW LLP

By /s/ Carolyn A. Knox
Carolyn A. Knox
Krista L. Mitzel
Attorneys for Defendants
LIFE INSURANCE COMPANY OF NORTH AMERICA AND GARDEN FRESH RESTAURANT CORPORATION LONG TERM DISABILITY PLAN

**IT IS SO ORDERED:**

Date:  8/23/2005                    /s/ Sandra M. Snyder
                                    HON. SANDRA M. SNYDER
                                    UNITED STATES DISTRICT COURT JUDGE

-2-
Stipulation and [Proposed] Order of Dismissal of Action with Prejudice/Case No. CV-F-04-6246-SMS

SF1 28214496.2 / 25399-000119

PDF created with pdfFactory trial version www.pdffactory.com